Albert VASSMER, Appellant,

v.

John W. LANE, Jr., and Patricia A. Lane, d/b/a Jack's Service Station, Respondents.

No. WD 39862.

Missouri Court of Appeals, Western District.

May 31, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Application to Transfer Denied Sept. 13, 1988.

Roy W. Brown and Bruce B. Brown of Brown & Brown, Kearney, for appellant.

Sherry D. DeJanes and A. Howard Chamberlin, Chamberlin & DeJanes, Kansas City, for respondents.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

## ORDER

PER CURIAM:

Appellant appeals from an order of the trial court dissolving a temporary restraining order which had previously been granted on appellant's petition to enjoin interference with an easement and for damages.

The order is affirmed. Rule 84.16(b).